# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2012

143453 & (125)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 143453
COA: 285672
Wayne CC: 07-023972-FC

JEAN PIERRE ORLEWICZ,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the June 14, 2011 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Vaughn* (Docket No. 142627) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2012                             _____
                                             Clerk

h0514